## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

ADT LLC; *et al*.,

      Plaintiffs,

          v.                   Case No. 1:20-cv-23918-AMC

Safe Home Security, Inc.,

      Defendant.

_____

### <u>JOINT NOTICE OF SELECTION OF MEDIATOR</u>

Pursuant to the Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge [ECF No. 17], the Parties hereby notify the Court that they have selected Jeffrey Grubman to conduct mediation in this matter. The Parties continue to work diligently together to schedule this mediation at a mutually agreeable time and location.

Dated:  November 30, 2020

*/s/ Eric S. Boos*_____
Jennifer A. McLoone
Florida Bar No. 029234
jmcloone@shb.com
Eric S. Boos
Florida Bar No. 0107673
eboos@shb.com
SHOOK, HARDY & BACON LLP
201 S. Biscayne Blvd., Ste. 3200
Miami, Florida 33131
Tel:  305.358.5171

*Counsel for Plaintiffs ADT LLC*
*and The ADT Security Corporation*

Respectfully submitted,

*/s/ Joshua H. Eggnatz*_____
Joshua H. Eggnatz
Florida Bar No. 0067926
jeggnatz@justiceearned.com
Michael J. Pascucci
Florida Bar No. 0083397
mpascucci@justiceearned.com
EGGNATZ | PASCUCCI
7450 Griffin Road, Suite 230
Davie, Florida 33314
Telephone: 954.889.3359

-and-

Joseph Lipari (*pro hac vice*)
liparij@sultzerlawgroup.com
Jason Sultzer (*pro hac vice*)
sultzerj@thesultzerlawgroup.com
THE SULTZER LAW GROUP, P.C.
85 Civic Center Plaza, Suite 104

Poughkeepsie, New York 12601
Telephone: 854.705.9460

*Counsel for Defendant Safe Home Security, Inc.*