# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Simon v. Inch | Case No. 20-cv-21362 |
| ADT LLC v. Safe Home Security, Inc. | Case No. 20-cv-23918 |
| ADAMS v. Bio-Medical Applications of Florida Inc. | Case No. 19-cv-25017 |
| Optimus MSO II Inc. v. Simply Healthcare Plans, Inc. | Case No. 20-cv-22967 |
| IKSA EXIM, INC. *et al* v. ALLOUCHE *et al* | Case No. 20-cv-23159 |
| Braman Hyundai, Inc. v. Hyundai Motor America Corporation *et al* | Case No. 20-cv-23301 |

## **CERTIFICATION AND ORDER OF TRANSFER TO MAGISTRATE JUDGE**

The above matters come before the undersigned Magistrate Judge following the entry of Orders of Reassignment to newly appointed **District Judge Aileen M. Cannon**. The undersigned certifies that the above-captioned cases presently have no referred, fully briefed pending motions and are therefore ready to be transferred to **Judge Aileen M. Cannon's** paired Magistrate Judge. The Clerk of Court shall hereby transfer the Magistrate Judge assignments for the above-referenced cases to **Judge Aileen M. Cannon's** paired Magistrate Judge.

**DONE** and **ORDERED** in Chambers in Miami, Florida, this 25th day of November, 2020, in Miami, Florida.

_____
HON. LAUREN LOUIS
UNITED STATES MAGISTRATE JUDGE