**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

ADT LLC; *et al.*,

    Plaintiffs,

        v.                              Case No. 1:20-cv-23918-AMC

Safe Home Security, Inc.,

    Defendant.

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant, Safe Home Security, Inc. ("Safe Home") moves for a brief extension of time until and through December 29, 2020 to file and serve its response to Plaintiffs' First Amended Complaint [ECF No. 28]. In support of this Motion, Safe Home states:

1. On November 10, 2020, ("Safe Home") moved to dismiss Plaintiffs' original Complaint under Federal Rule of Civil Procedure 12(b)(6). *See* Mot. to Dismiss [ECF No. 18].

2. Plaintiffs' moved, unopposed, for an extension of time to file an amended complaint, based upon the parties' mutual agreement providing Safe Home an identical extension of time to respond to Plaintiffs' amended Complaint. *See* Unopposed Mot. for Extension [ECF No. 21], ¶ 4.

3. Plaintiffs' submitted a proposed order granting the mutual 7-day extension, but the Court entered a paperless order granting only Defendants' motion for extension. *See* Order Granting Mot. for Extension [ECF No. 24]

4. Because the order did not specify whether Safe Home's extension was also being mutually extended, Safe Home is filing the instant motion in an abundance of caution.

5. Plaintiffs filed their amended complaint on December 8, 2020, making Safe Home's response December 29, 2020 if the extension is granted. *See* [ECF No. 28].

6. Safe Home respectfully requests a brief seven-day extension of time in order to fully analyze the amended complaint and prepare its response. The brief extension will allow counsel the needed time in light of the intervening Christmas holiday.

7. **CERTIFICATE OF CONFERRAL:** Counsel for the parties have conferred and Defendants have no objection to the relief sought in this motion.

8. Accordingly, good cause exists to grant the requested extension of time.

9. This motion is not being made for purposes of improper delay, and no party will be prejudiced by the granting of the relief sought herein.

WHEREFORE, Safe Home respectfully requests that this Court enter an order extending the time for Safe Home to file its response to the First Amended Complaint until and through

Dated:  December 9, 2020

Respectfully submitted,

/s/ Joshua H. Eggnatz
Joshua H. Eggnatz
Florida Bar No. 0067926
jeggnatz@justiceearned.com
Michael J. Pascucci
Florida Bar No. 0083397
mpascucci@justiceearned.com
EGGNATZ | PASCUCCI
7450 Griffin Road, Suite 230
Davie, Florida 33314
Telephone: 954.889.3359

-and-

Joseph Lipari (*pro hac vice*)
liparij@thesultzerlawgroup.com
Jason Sultzer (*pro hac vice*)
sultzerj@thesultzerlawgroup.com
THE SULTZER LAW GROUP, P.C.
85 Civic Center Plaza, Suite 104
Poughkeepsie, New York 12601

Telephone: 854.705.9460

*Counsel for Defendant Safe Home Security, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on **December 9, 2020,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Joshua H. Eggnatz
Joshua H. Eggnatz
Fla. Bar. No.: 0067926

## SERVICE LIST

Jennifer A. McLoone
Florida Bar No. 029234
jmcloone@shb.com
Eric S. Boos
Florida Bar No. 0107673
eboos@shb.com
SHOOK, HARDY & BACON LLP
201 S. Biscayne Blvd., Ste. 3200
Miami, Florida 33131
Tel: 305.358.5171

*Counsel for Plaintiffs ADT LLC
and The ADT Security Corporation*