## **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:20-CV-23918-BB

Plaintiff:
**ADT LLC and the ADT SECURITY CORPORATION**

vs.

Defendant:
**SAFE HOME SECURITY, INC.**

For:
Jennifer A. McLoone, Esq.
Shook, Hardy & Bacon, LLP
201 S. Biscayne Blvd.
Suite 3200
Miami, FL 33131


PHR2021000064

Received by Phipps Reporting on the 5th day of January, 2021 at 3:02 pm to be served on **Alliance Security, Inc. c/o API Processing, 3419 Galt Ocean Drive,, Suite A, Fort Lauderdale, FL 33308**.

I, David Amisial, do hereby affirm that on the **6th day of January, 2021** at **1:00 pm, I:**

**CORPORATE EMPLOYEE:** Served the within named **Corporation** by delivering a true copy of the **Summons in a Civil Action; First Amended Complaint;** with the date and hour of service endorsed thereon by me, to **Stephanie Mota, Secretary,** in the absence of the Registered Agent, President, Vice President, and all other officers, at the address of **3419 Galt Ocean Drive,, Suite A, Fort Lauderdale, FL 33308**, pursuant to F.S. 48.081(3) and informed said person of the contents thereof.

Under penalty of perjury I declare that I have read the foregoing and that the facts stated in it are true and correct, that I am a Sheriff's appointed process server in the county in which service was effected in accordance with Florida Statutes and that I have no interest in the above action.

**David Amisial**
SPS 940

**Phipps Reporting**
**1551 Forum Place**
**Ste 200E**
**West Palm Beach, FL 33401**
**(888) 811-3408**

Our Job Serial Number: PHR-2021000064

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z